UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH MULLADY,

                         Petitioner,

        -against-                                 **ORDER**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY
SUPERVISION,                                      21-CV-6108 (AT)(KNF)

                        RESPONDENT.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Joseph Mullady filed a petition for a writ of habeas corpus; <u>see</u> Docket Entry No. 1.

The Clerk of Court shall serve a copy of this order and of the petition on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, New York, 10005; and on the District Attorney of New York County by certified mail to One Hogan Place, New York, NY 10013. Within sixty days of the date of this order, Respondent shall file and serve (1) an answer to the petition and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner may file and serve reply papers, if any, within thirty days from the date he is served with Respondent's answer.

**The Clerk of Court is directed to mail a copy of this order to the petitioner.**

Dated:  New York, New York                     SO ORDERED:
           October 29, 2021

                                                                        _/s/ Kevin Nathaniel Fox_
                                                                  KEVIN NATHANIEL FOX
                                                                  UNITED STATES MAGISTRATE JUDGE