UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEPH MULLADY,

                          Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                          Defendant.

-------------------------------------------------------------------

**ORDER**

**21-CV-06108 (AT) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

The Court has received petitioner Joseph Mullady's letter. ECF No. 7. Joseph Mullady filed a petition for a writ of habeas corpus. ECF No. 1. Despite the Court's prior order (ECF No. 6), the Attorney General of the State of New York and the District Attorney of New York County did not receive a copy of the petition and thus did not respond to the petition. The Clerk of Court is directed to serve this order and a copy of the petition (ECF No. 1) on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, NY 10005; and on the District Attorney of New York County by certified mail to One Hogan Place, New York, NY 10013. Within sixty days of the date of this order, Respondent shall file and serve (1) an answer to the petition and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file and serve reply papers, if any, within thirty days from the date he is served with Respondent's answer.

**The Clerk of Court is directed to mail a copy of this order to the Petitioner.**

        SO ORDERED.

Dated: February 17, 2022
       New York, New York

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge