UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MULLADY,

                Petitioner,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY
SUPERVISION,

                Respondent.

21-CV-6108 (AT) (JEW)

ORDER FOR WITHDRAWAL
OF ATTORNEY

JENNIFER E. WILLIS, United States Magistrate Judge:

It is hereby ORDERED that the Attorney General be susbtituted as counsel for respondent. The Clerk is directed to terminate Assistant District Attorney Samuel Z. Goldfine as counsel for respondent.

SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

Dated:    March 22, 2022
            New York, NY