UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSEPH MULLADY,

                              Plaintiff,                        **ORDER**

            -against-                           **21-CV-06108 (AT) (JW)**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                              Defendant.

-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Petitioner's extension request (Dkt. No. 22) is granted. Petitioner's reply in support of his petition for a writ of habeas corpus is due July 26, 2022.

**The Clerk of Court is directed to mail a copy of this order to the Petitioner.**

      SO ORDERED.

Dated: July 5, 2022
       New York, New York

                                                                 _____
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge