UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEPH MULLADY,

                            Petitioner,            **ORDER**

          -against-                   **21-CV-06108 (AT) (JW)**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                            Defendant.

------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

Defendant shall respond to Petitioner's letter (Dkt. No. 29) by **August 1, 2022** and state when unredacted copies of all filings were sent to Petitioner as required by Dkt. No. 26.  If Defendant has not sent unredacted copies of all filings to Petitioner, Defendant shall explain why.

**The Clerk of Court is directed to mail a copy of this order to the Petitioner.**

SO ORDERED.

Dated: July 28, 2022
       New York, New York

                                                   _____
                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge