UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH MULLADY,

                      Petitioner,

       -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                      Defendant.

-----------------------------------------------------------------

**ORDER**

**21-CV-06108 (AT) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

Given Defendant's letter (Dkt. No. 31), the Court finds that Defendant has complied with the Court's July 15th Order (Dkt. No. 26).

**The Clerk of Court is directed to close docket entry 24 and mail a copy of this order to the Petitioner.**

SO ORDERED.

Dated: August 2, 2022
       New York, New York

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge