UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEPH MULLADY,

                          Petitioner,             **ORDER**

     -against-                                  **21-CV-06108 (AT) (JW)**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                          Defendant.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Defendant shall file a response no longer than three pages to Petitioner's letter (Dkt. No. 33) by **August 16, 2022**. In particular, Defendant shall address Petitioner's citation to *Nixon v. Warner Communications, Inc.*, 435 U.S. 589 (1978) and similar cases regarding Petitioner's argument that he has a right to unredacted copies of Exhibits 1, 3, 10, and 12.

      **The Clerk of Court is directed to mail a copy of this order to the Petitioner.**

      SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                                              _____
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge