UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOSEPH MULLADY,

                           Petitioner,                **ORDER**

-against-                          **21-CV-06108 (AT) (JW)**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                           Defendant.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      For the reasons identified in Defendant's letter (Dkt. No. 35), Petitioner's request to receive unredacted copies of Exhibits 1, 3, 10, and 12 or for the Court to strike such exhibits is denied.

      **The Clerk of Court is directed to mail a copy of this order to the Petitioner.**

      SO ORDERED.

Dated:  August 17, 2022
           New York, New York

                                                     *Jennifer E. Willis*
                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge