```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/02/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MULLADAY,

                Plaintiff,

-against-                            21 Civ. 6108 (AT)

NEW YORK STATE DEPARTMENT OF         **ORDER**
CORRECTIONS & COMMUNITY SUPERVISION,

                Defendant.

ANALISA TORRES, District Judge:

       On September 18, 2023, Defendant, New York State Department of Corrections & Community Supervision, filed a motion to dismiss for lack of subject-matter jurisdiction. ECF Nos. 41–43.

       **By November 1, 2023**, Plaintiff shall file a response to Defendant's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action.

       SO ORDERED.

Dated: October 2, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge