UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MULLADAY,

                    Petitioner,

        -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                    Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2023__
```

21 Civ. 6108 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 2, 2023, the Court ordered Petitioner to file by November 1, 2023, a response to Respondent's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action. ECF No. 44. On October 18, 2023, the Court was informed that the Order failed to reach the Petitioner at the Adirondack Correctional Facility.

    The New York State Department of Corrections & Community Supervision website indicates that Petitioner has been released from custody. Accordingly, the New York State Office of the Attorney General, representing the Department of Corrections & Community Supervision, is directed to provide an updated address for the Petitioner by **November 7, 2023**.

    Petitioner's deadline to respond to the Respondent's motion to dismiss is ADJOURNED pending receipt of an updated address.

    SO ORDERED.

Dated: October 27, 2023
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge