UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MULLADY,

                Petitioner,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2023_
```

21 Civ. 6108 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 2, 2023, the Court ordered Petitioner to file by November 1, 2023, a response to Respondent's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action. ECF No. 44. On October 18, 2023, the Court was informed that the order failed to reach Petitioner at the Adirondack Correctional Facility. Accordingly, on October 27, 2023, the Court ordered the New York State Office of the Attorney General, representing the Department of Corrections & Community Supervision, to provide an updated address for the Petitioner. ECF No. 45.

      Having received an updated address from Respondent, ECF No. 46, Petitioner is ordered to file by **November 27, 2023**, a response to Respondent's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action.

      The Clerk of Court is directed to update the docket with Petitioner's new address and send this order to that address.

      SO ORDERED.

Dated: October 31, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge