UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _11/15/2023___
```

JOSEPH MULLADY,

                Petitioner,

-against-                                            21 Civ. 6108 (AT)

NEW YORK STATE DEPARTMENT OF              **ORDER**
CORRECTIONS & COMMUNITY SUPERVISION,

                Respondent.

ANALISA TORRES, District Judge:

      On October 2, 2023, the Court ordered Petitioner to file by November 1, 2023, a response to Respondent's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action. ECF No. 44. On October 18, 2023, the Court was informed that the order failed to reach Petitioner at the Adirondack Correctional Facility. Accordingly, on October 27, 2023, the Court ordered the New York State Office of the Attorney General, representing the Department of Corrections & Community Supervision, to provide an updated address for the Petitioner. ECF No. 45.

      Having received an updated address from Respondent, ECF No. 46, Petitioner was ordered to file by November 27, 2023, a response to Respondent's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action. The Court's order, however, never reached the Petitioner as the mail was returned on November 13, 2023, as not deliverable.

      Respondent has confirmed that it provided the Court with Petitioner's proper address. ECF No. 48. Accordingly, the Clerk of Court is directed to send a copy of this order to Petitioner's new address and Respondent is directed to send a copy of this order to Edgecombe Transitional Housing.

      By **December 15, 2023**, Petitioner shall file a response to Respondent's motion to dismiss or submit a letter to the Court indicating his intention to dismiss this action.

      SO ORDERED.

Dated: November 15, 2023
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge