```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/11/2024   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JOSEPH MULLADY,

                Petitioner,

-against-                              21 Civ. 6108 (AT)

NEW YORK STATE DEPARTMENT OF          **ORDER**
CORRECTIONS & COMMUNITY SUPERVISION,

                Respondent.

ANALISA TORRES, District Judge:

       On February 10, 2023, the Honorable Jennifer E. Willis issued a report and recommendation (the "R&R"), recommending the petition for a writ of habeas corpus be denied. ECF No. 40.  Petitioner was instructed to file any objections within fourteen days.  *Id.* at 18.  No objections were submitted.

       By **January 29, 2024**, Petitioner shall file his objections to the R&R, if any.  The Clerk of Court is directed to mail a copy of this order and the R&R to *pro se* Petitioner's new address:

                Joseph Mullady
                146-22 25th Road,
                Flushing, NY 11354

       SO ORDERED.

Dated:  January 11, 2024
        New York, New York

                                                ANALISA TORRES
                                            United States District Judge