UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MULLADY,

                Petitioner,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/30/2024

21 Civ. 6108 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 10, 2023, the Honorable Jennifer E. Willis issued a report and recommendation (the "R&R"), recommending the petition for a writ of habeas corpus be denied. ECF No. 40.  Petitioner was instructed to file any objections within fourteen days. *Id.* at 18.  No objections were submitted.

    On January 11, 2024, the Court ordered the R&R to be mailed to Petitioner.  ECF No. 52.  The Court has been advised that the R&R was mailed to Petitioner's previous address, which is still listed on the docket, not Petitioner's new address.

    Accordingly, the Clerk of Court is directed to update the docket with Petitioner's new address (Joseph Mullady, 146-22 25th Road, Flushing, NY 11354), and mail a copy of this order and the R&R to *pro se* Petitioner's at that address.  By **February 20, 2024**, Petitioner shall file his objections to the R&R, if any.

    SO ORDERED.

Dated: January 30, 2024
       New York, New York

ANALISA TORRES
United States District Judge