```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _2/28/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MULLADY,

                Petitioner,

-against-                      21 Civ. 6108 (AT) (JW)

NEW YORK STATE DEPARTMENT OF        **ORDER**
CORRECTIONS & COMMUNITY SUPERVISION,

                Respondent.

ANALISA TORRES, District Judge:

      Before the Court is the Report and Recommendation ("R&R"), ECF No. 40, from the Honorable Jennifer E. Willis, recommending that the petition for a writ of habeas corpus be denied in its entirety and that the case be dismissed.

      On July 15, 2021, Petitioner *pro se*, Joseph Mullady, filed an application under 28 U.S.C. § 2254.  ECF No. 1.  Petitioner alleged that Respondent violated his constitutional rights by holding his fourth and fifth parole reconsideration interviews late in violation of New York Executive Law § 259-i(2)(a).  *See id.*  Petitioner also argued, in his reply brief, that his 1988 sentence was grossly disproportionate to his crime, amounting to cruel and unusual punishment.  ECF No. 28 at 13–14; *see* R&R at 1.

      After careful consideration, Judge Willis issued the R&R, proposing that the Court deny the petition for a writ of habeas corpus.  *See* R&R at 17.  Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed.  *Id.*; ECF No. 53; *see* Fed. R. Civ. P. 72(b)(2).  When no objection is made, the Court reviews the R&R for clear error.  *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases).  The Court finds no clear error.

      Accordingly, the Court ADOPTS Judge Willis's R&R in its entirety.  Petitioner's application for relief under 28 U.S.C. § 2254 is DENIED.  The Clerk of Court is directed to terminate all pending motions, enter judgment consistent with this order and the R&R, and close the case.

      SO ORDERED.

Dated:  February 28, 2024
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge