**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JOSEPH MULLADY,

                Plaintiff,                21 **CIVIL** 6108 (AT)(JW)

      -against-                     **<u>JUDGMENT</u>**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY SUPERVISION,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2024, the Court ADOPTS Judge Willis's Report and Recommendation in its entirety. Petitioner's application for relief under 28 U.S.C. § 2254 is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 29, 2024

                                                 **RUBY J. KRAJICK**

                                                     Clerk of Court
                          **BY:**

                                                      **Deputy Clerk**